JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HEATH BELCHER, <br>     Petitioner, <br>     v. <br> WILLIAM SULLIVAN, Warden, <br>     Respondent. | Case No. 5:18-cv-01457-JLS (SP) <br><br> **JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>July 18, 2022</u>

                                                _____
                                                HONORABLE JOSEPHINE L. STATON
                                                UNITED STATES DISTRICT JUDGE